RECEIVED
IN LAFAYETTE, LA.

NOV 3 0 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION #10-00076 |
| VERSUS | JUDGE HAIK |
| LARRY CALLIER II | MAGISTRATE JUDGE HANNA |

### ORDER

On July 6, 2010, a Plea of Guilty was entered before Magistrate Judge Hill in the above captioned matter. Upon review of the oral report and recommendation of Judge Hill and the transcript of the proceedings, the Court hereby accepts the plea of GUILTY entered by the defendant and declares the defendant GUILTY as charged.

THUS DONE and SIGNED on this 30th day of November, 2010.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA