U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

APR 28 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LARRY CAILLIER II | CRIMINAL NO. 10-CR-76(01)<br>CIVIL ACTION NO. 12-CV-2545 |
| VERSUS | JUDGE HAIK |
| UNITED STATES | MAGISTRATE JUDGE HANNA |

**JUDGMENT**
**(Rec. Doc. 85)**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that Magistrate Judge Hanna's thorough and well reasoned report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Larry Caillier II's motion, brought pursuant to 28 U.S.C. §2255, to vacate, set aside, or correct his sentence. [Rec. Doc. 85] is GRANTED IN PART and DENIED IN PART. As to Ground Three, the defendant shall be granted an out-of-time appeal of his sentence. In all other respects, the motion is DENIED.

Signed at Lafayette, Louisiana this 28th day of April, 2015.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE